ROSHEIM, Respondent, v. NELSON, Appellant.

(251 N. W. 818.)

(File No. 7540. Opinion filed December 29, 1933.)

Bailey & Voorhees, of Sioux Falls, for Appellant.

L. G. Atherton, of Flandreau, for Respondent.

PER CURIAM. In this case a certified copy of notice of appeal and notice of settlement of record were filed in this court on February 21, 1933. Since that time no further steps have been taken in this court, and no brief has been filed in behalf of appellant.

The appeal is therefore deemed abandoned, and the judgment and order appealed from are affirmed.

All the Judges concur.